DAVID S. DEMIAN, SBN 220626
CHRISTOPHER R. SILLARI, SBN 253267
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Crew MW II, LP and Western Surety Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of Lozano Construction,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN SURETY COMPANY, a South Dakota corporation; CREW MW II, LP a Nevada limited partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-01168-TLN-DAD<br><br>STIPULATION AND ORDER FOR FURTHER EXTENSION OF WESTERN SURETY COMPANY AND CREW MW II, LP'S DEADLINE TO RESPOND TO THE COMPLAINT<br><br>Assigned to:<br>Hon. Troy L. Nunley, Courtroom 2<br><br>Complaint Filed:   May 28, 2015<br>Trial Date:             Not Set |

Plaintiff and Real Party in Interest Lozano Construction and Defendants Crew MW II, LP and Western Surety Company, by and through their respective attorneys of record, stipulate and agree as follows:

1. Lozano filed this action in the above referenced Court on May 28, 2015, alleging, among other claims, the right to recover unpaid sums under a Miller Act Payment Bond, relating to Lozano's construction services on a federal

project known as the Simplified Acquisition of Base Engineer Requirements, located at the Travis Air Force Base in Fairfield, California;

    2.    Lozano was a subcontractor to Crew MW, the prime contractor on the project, and Western was Crew MW's surety;

    3.    Counsel for Crew MW and Western are engaging in direct discussions with counsel for Lozano and are exploring whether a settlement can be reached;

    4.    On June 23, 2015, the parties stipulated and agreed, pursuant to Civil Local Rule 144(a), to extend the deadline for Crew MW and Western to respond to Lozano's complaint to July 17, 2015.  The June 23, 2015 stipulation was the first extension of time granted to Crew MW and Western; and

    5.    In light of the parties' direct discussions and efforts to reach a settlement, the parties further stipulate and agree, pursuant to Civil Local Rule 144(a), to extend the deadline for Crew MW and Western to respond to Lozano's complaint to August 14, 2015.

**IT IS SO STIPULATED.**

DATED: July 16, 2015        Respectfully submitted,

WENDEL, ROSEN, BLACK & DEAN, LLP

By: _____*/s/ Garret D. Murai*_____
      GARRET D. MURAI
      JENNIFER P. TANG
Attorneys for Plaintiff and Real Party in Interest Lozano Construction

DATED: July 16, 2015        Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: _____*/s/ Christopher R. Sillari*_____
      DAVID S. DEMIAN
      CHRISTOPHER R. SILLARI
Attorneys for Defendants Crew MW II, LP and Western Surety Company

2

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

STIPULATION AND ORDER FOR FURTHER EXTENSION OF WESTERN SURETY COMPANY AND CREW MW II, LP'S DEADLINE TO RESPOND TO THE COMPLAINT

# ORDER

The foregoing Stipulation for Further Extension of Western Surety Company and Crew MW, LP's Deadline to Respond to the Complaint has been submitted to the Court for consideration.

THE COURT, HAVING REVIEWED AND CONSIDERED THE FOREGOING STIPULATION, AND FOR GOOD CAUSE SHOWN, HEREBY ORDERS:

(1)   Crew MW II, LP and Western Surety Company's deadline to respond to Lozano Construction's complaint is August 14, 2015.

**IT IS SO ORDERED.**

Dated:  July 16, 2015

_____
Troy L. Nunley
United States District Judge

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3

STIPULATION AND ORDER FOR FURTHER EXTENSION OF WESTERN SURETY COMPANY AND CREW MW II, LP'S DEADLINE TO RESPOND TO THE COMPLAINT