UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOZANO CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN SURETY COMPANY, a South Dakota corporation; CREW MW II, LP, a Nevada limited partnership,<br><br>Defendants. | No. 2:15-cv-1168 DAD<br><br>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

On August 18, 2015, this case was reassigned to the undersigned pursuant to the consent of the parties. (Dkt. No. 15.)

Good cause appearing, **IT IS ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday**, **October 16, 2015, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. Any party may appear at the Status (Pretrial Scheduling) Conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Status (Pretrial Scheduling) Conference. A land line telephone number must be provided;

/////

1

3. Plaintiff shall file and serve a status report on or before **October 2, 2015**, and defendants shall file and serve a status report on or before **October 9, 2015**.  Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

    j.    Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge; and

    k.    Any other matters that may aid in the just and expeditious disposition of this action.

4. The parties are cautioned that failure to file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in an order imposing an appropriate sanction.  <u>See</u> Local Rules 110 and 183.

Dated:  September 14, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\lozano1168.ossc.docx

2