Garret D. Murai (State Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Plaintiff and Real Party in Interest
LOZANO CONSTRUCTION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of Lozano Construction,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WESTERN SURETY COMPANY, a South Dakota corporation; CREW MW II, LP, a Nevada limited partnership; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | No. 2:15-cv-01168 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

019925.0001\4057990.1

Plaintiff LOZANO CONSTRUCTION and Defendants WESTERN SURETY COMPANY and CREW MW II, LP, by and through their counsel of record, stipulate as follows:

1. The parties are in the process of settling this matter and have circulated a settlement agreement.

2. To permit time for the terms of the settlement to be complied with, the parties request that Court continue the Status (Pretrial Scheduling) Conference set for Friday, October 16, 2015 and associated dates until a date convenient to the Court but no earlier than November 16, 2015.

Dated: September 30, 2015      **WENDEL, ROSEN, BLACK & DEAN LLP**

By: */s/ Garret D. Murai*
Garret D. Murai
Attorneys for Plaintiff and Real Party in Interest
LOZANO CONSTRUCTION

Dated: September 30, 2015      **FINCH, THORNTON & BAIRD, LLP**

By: */s/ Christopher R. Sillari* (as authorized on September 30, 2015)
Christopher R. Sillari
Attorneys for Defendants
WESTERN SURETY COMPANY and CREW MW II, LP

019925.0001\4057990.1

# **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference set for Friday, October 16, 2015 is continued to **Friday, November 20, 2015.** Both parties shall file and serve status reports on or before November 16, 2015.

Dated:  October 1, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/lozano1168.stip.eot.ord.docx

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036