Garret D. Murai (State Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Plaintiff and Real Party in Interest
LOZANO CONSTRUCTION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of Lozano Construction, <br><br>　　　　　　　Plaintiff, <br><br>vs. <br><br>WESTERN SURETY COMPANY, a South Dakota corporation; CREW MW II, LP, a Nevada limited partnership; and DOES 1 through 10, inclusive, <br><br>　　　　　　　Defendants. | No. 2:15-cv-01168 DAD <br><br> **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff LOZANO CONSTRUCTION and Defendants WESTERN SURETY COMPANY and CREW MW II, LP, by and through their counsel of record, stipulate as follows:

1. The parties stipulate to dismiss the above-captioned action with prejudice.

Dated: October 20, 2015  **WENDEL, ROSEN, BLACK & DEAN LLP**

By: */s/ Garret D. Murai*
Garret D. Murai
Attorneys for Plaintiff and Real Party in Interest
LOZANO CONSTRUCTION

Dated: October 20, 2015  **FINCH, THORNTON & BAIRD, LLP**

By: */s/ Christopher R. Sillari (as authorized on October 20, 2015)*
Christopher R. Sillari
Attorneys for Defendants
WESTERN SURETY COMPANY and CREW MW II, LP

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that this action is dismissed with prejudice.

Dated: October 23, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\lozano1168.stip.dism.ord.docx